1  CHARLES H. ADAIR
   ATTORNEY AT LAW
2  1140 UNION STREET, STE. 201
   SAN DIEGO, CA 92101
3  619/233-3161
   STATE BAR NUMBER: 52163
4

5  ATTORNEY FOR DEFENDANT

**FILED**
FEB 2 5 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8               UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,        ) CASE NO: 08CR3576-GT
14 |     Plaintiff,                   )
15 | vs.                              ) ORDER FOR INVESTIGATIVE PAYMENT
16 | ANTONIO MEDINA-HUERTA,           )
17 |     Defendant                    )

19    Good cause appearing therefore:

20    IT IS HEREBY ORDERED that an additional 2 hours of investigative time at the rate of $55 per
21 hour for a total of $110.00 for Investigator ALEJANDRA ESPINAL is hereby approved and to be
22 paid for under the Criminal Justice Act.

23 Dated: 2/25/09

                                    THE HONORABLE GORDON THOMPSON
                                    UNITED STATES DISTRICT COURT JUDGE